Airene Williamson, Esq.
Nevada State Bar # 11594
California State Bar # 277101
WILLIAMSON LAW OFFICE, PLLC
1645 Village Center Circle, Ste. 200
Las Vegas, NV 89134
Tel: (702) 851-1191
Fax: (702) 851-1198

444 W. Ocean Blvd., Ste 800
Long Beach, CA 90802
Telephone (424)324-9636
awilliamson@wlawoffice.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA FREDRICK,<br><br>   Plaintiff,<br><br>v.<br><br>CKS FINANCIAL, LLC,<br><br>   Defendant. | Case No.: 8:14-cv-01611-JVS-AN<br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT TO THE COURT:

In accordance with the Court's Standing Order, Local Rule 16-15.7, Plaintiffs hereby submit this Notice of Settlement to notify the Court that lawsuit has been settled, and to request 30 days in which to file the dismissal.

Dated: January 29, 2015

                                                Respectfully submitted,

                                                *s/ Airene Williamson*
                                                Airene Williamson, Esq.
                                                Williamson Law Office, PLLC
                                                1645 Village Center Circle, Ste. 200
                                                Las Vegas, NV 89134
                                                (702) 851-1191
                                                awilliamson@wlawoffice.com

1

**NOTICE OF SETTLEMENT TO THE COURT**

## CERTIFICATE OF MAILING

The undersigned, an employee of the law firm of WILLIAMSON LAW OFFICE, PLLC, hereby certifies that on January 29 2015, she served a copy of the **NOTICE OF SETTLEMENT TO THE COURT** by placing said copy in an envelope, postage fully prepaid, in the U.S. Mail, said envelope(s) addressed to:

Debbie P. Kirkpatrick, Esq.
Sessions, Fishman, Nathan & Israel, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108

*Erica Chatman*, an employee of
WILLIAMSON LAW OFFICE, PLLC

2

**NOTICE OF SETTLEMENT TO THE COURT**