UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLA FREDRICK,** <br><br>                    **Plaintiff,** <br><br> v. <br><br> **CKS FINANCIAL, LLC,** <br><br>                    **Defendant.** | Case No.: 8:14-cv-01611-JVS-AN <br><br><br> **STIPULATION OF DISMISSAL** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice in its entirety without fees or costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:  March 30, 2015

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| s/ *Airene Williamson* <br> Airene Williamson, Esq. <br> **WILLIAMSON LAW OFFICE, PLLC** <br> 1645 Village Center Circle, Ste. 200 <br> Las Vegas, NV 89134 <br> (702) 851-1198 | s/ *Damian Richard* (with permission) <br> Damian P. Richard, Esq. <br> **Sessions Fishman Nathan and Israel, LLP** <br> 1545 Hotel Circle South Suite 150 <br> San Diego, CA 921018 <br> (619) 758-1891 |